**MANDATE**

S.D.N.Y.- N.Y.C.
08-cv-2106
Wood, C. J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of May, two thousand eight,

Present:

    Hon. Amalya L. Kearse,
    Hon. Guido Calabresi,
    Hon. Robert D. Sack,
        *Circuit Judges.*

---

Waldemar Malkowitsch,

        *Plaintiff-Appellant,*

v.                                                                         08-1473-cv

U.B.S. AG, *et al.*,

        *Defendants-Appellees.*

---

*FILED MAY 29 2008 — Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT*

Appellant, *pro se*, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *[signature]*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *[signature]*, DEPUTY CLERK

SAO-MKW

Mandate issued: 6/19/08